New 6-1-2006

R.I. Local Bankr. Form C.1
LBR 1007-1(a)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: **Roseanna Pacific**

Debtor(s)

BK No.
Chapter **13**

## CERTIFICATION BY PRO SE DEBTOR

On **1/20/15**, a voluntary bankruptcy petition was filed by the undersigned, appearing pro se and without legal counsel. Certification is hereby made that:

CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME AND ADDRESS OF ASSISTANCE PROVIDER:

(1) **X** No persons and/or entities, other than myself/us, assisted in the preparation, typing, and/or completion of said petition and/or related schedules;

(2) _____ the following persons and/or entities constitute the only persons/entities who assisted in the preparation, typing, and/or completion of said petition and all related schedules, and represent the only sums paid by me/us for these services:

| NAME AND ADDRESS OF ASSISTANCE PROVIDER | TOTAL AMOUNT PAID |
|---|---|
|  |  |
|  |  |

I hereby certify under penalty of perjury that the above information is true and accurate to the best of my knowledge. I am aware that the providing of false or incomplete information may result in the denial of discharge in bankruptcy and/or other sanctions.

**1/20/15**
DATE

_Roseanna Pacific_
SIGNATURE

Phone number ( ) **739-0201**